## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>                Plaintiff,<br><br>    vs.<br><br>BARRINGTON SHOPPES AT 370, L.L.C.,<br><br>               Defendant. | **8:18CV290**<br><br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed the Complaint on June 25, 2018. (Filing No. 1). On October 2, 2018, the Court entered an Order to Show Cause (Filing No. 5) because more than 90 days had elapsed since the Complaint was filed and Plaintiff had not served Defendant.

Plaintiff filed a response to the show cause order stating that the Douglas County Sheriff unsuccessfully attempted to serve Defendant twice and sought additional time to serve Defendant at an alternative address. (Filing No. 8). The Court found Plaintiff's showing of good cause to be "thin" but nevertheless granted Plaintiff an extension to November 16, 2018, to serve Defendant. (Filing No. 9). That deadline has passed, and Plaintiff has still not filed any return of service indicating service on the defendant or any other proof of service. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **December 7, 2018**, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 26th day of November, 2018.

                          BY THE COURT:

                          s/ Michael D. Nelson<br>
                          United States Magistrate Judge